TO:      All Court of Appeals Judges, Professor Bacigal, and John Tucker

FROM:  Marty Ring

DATE:  December 6, 2016


      The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Victoria Elizabeth Dufresne
    v. Commonwealth of Virginia
    Record No. 0281-15-2
    Opinion rendered by Judge Beales on
    October 18, 2016

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Tevein Dewayne Harvey
    v. Commonwealth of Virginia
   Record No. 2037-14-2
    Opinion rendered by Judge McCullough
      on October 13, 2015
    Refused (151685)

2. Donna Marie Porter
    v. Commonwealth of Virginia
   Record No. 1374-14-2
    Opinion rendered by Judge Alston
      on November 17, 2015
    Refused (151939)

3. Crystal Gail Ramsey
    v. Commonwealth of Virginia
   Record No. 0123-15-1
    Opinion rendered by Chief Judge Huff
      on December 29, 2015
    Refused (160121)

4. Michael Paul Reid
    v. Commonwealth of Virginia
   Record No. 0511-15-1
    Opinion rendered by Judge Atlee
      on February 2, 2016
    Refused (160234)

5. Nicholas David Pelloni
    v. Commonwealth of Virginia
   Record No. 0586-15-1
    Opinion rendered by Chief Judge Huff
      on February 2, 2016
    Refused (160344)

6. Keith Alexander Mayberry
    v. Commonwealth of Virginia
   Record No. 0225-15-3
    Opinion rendered by Judge O'Brien
      on March 8, 2016
    Refused (160554)

7.  Lamont Anthony Woods
      v. Commonwealth of Virginia
     Record No. 0315-15-3
      Opinion rendered by Judge Beales
        on March 8, 2016
      Refused (160568)

8.  Derek Justice Doggett
      v. Commonwealth of Virginia
     Record No. 0548-15-2
      Opinion rendered by Judge Beales
        on April 12, 2016
      Refused (160759)